

FILED
JUL 14 2020
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ MC
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 6:20-cr-097 |
| Plaintiff | * | INDICTMENT |
| V. | * | [VIO: COUNT ONE: 18 U.S.C. 1512(c)(1) and (k) – Conspiracy to Tamper with Documents or Proceedings; COUNT TWO and COUNT THREE: 18 U.S.C. 1512(c)(1) – Tampering with Documents or Proceedings] |
| CECILY ANN AGUILAR | * | |
| Defendant | * | |

THE GRAND JURY CHARGES:

## COUNT ONE
[18 U.S.C. 1512(c)(1) and (k)]

From on or about April 22, 2020 through July 1, 2020, in the Western District of Texas, Defendant,

**CECILY ANN AGUILAR**,

did unlawfully and knowingly combine, conspire, confederate, and agree with another person to corruptly alter, destroy, mutilate, and conceal any record, document and other object, including the body of V.G., and did attempt to do so, with the intent to impair its integrity and availability for use in an official proceeding, contrary to Title 18, United States Code, Section 1512 (c)(1);

It was part of the conspiracy that Defendant and another person, A.R., would dismember the body of V.G. and hide the remains, in order to prevent A.R. from being charged with and prosecuted for any crime;

All in violation of Title 18, United States Code, Section 1512 (k).

## COUNT TWO
### [18 U.S.C. 1512(c)(1)]

On or about April 23, 2020, in the Western District of Texas, Defendant,

**CECILY ANN AGUILAR,**

did corruptly alter, destroy, mutilate, and conceal any record, document and other object, including the body of V.G., and did attempt to do so, with the intent to impair its integrity and availability for use in an official proceeding, in violation of Title 18, United States Code, Section 1512(c)(1).

## COUNT THREE
### [18 U.S.C. 1512(c)(1)]

On or about April 26, 2020, in the Western District of Texas, Defendant,

**CECILY ANN AGUILAR,**

did corruptly alter, destroy, mutilate, and conceal any record, document and other object, including the body of V.G., and did attempt to do so, with the intent to impair its integrity and availability for use in an official proceeding, in violation of Title 18, United States Code, Section 1512(c)(1).

A TRUE BILL:

_____
FOREPERSON

JOHN F. BASH
UNITED STATES ATTORNEY

_____
By: MARK L. FRAZIER
Assistant United States Attorney