UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO: WA:20-CR-00097(1)-ADA |
| | § | |
| (1) CECILY ANN AGUILAR | § | |

**ORDER**

Before the Court is the Defendant's Unopposed Motion for Continuance (Clerk's Doc. No. 33). The Defendant was set for Rearraignment on September 22, 2020 and jury selection and trial on September 28, 2020. Defendant's counsel has requested that the hearings be reset. The Government does not oppose the continuance. The Court finds good cause for this extension. ACCORDINGLY, the Rearraignment in this case is reset to November 10, 2020 at 9:00 am before the Honorable Jeffrey Manske. Jury selection and trial is reset to November 30, 2020 at 9:00 am.

Pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), the Court finds that the ends of justice served by allowing the Defendant the additional time in which to prepare outweigh the best interest of the public and the Defendant in a speedy trial, in that the failure to grant such a continuance would unreasonably deny the Defendant's counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7). Thus, the Court ORDERS that the time from September 28, 2020 through November 30, 2020, be excluded under the Speedy Trial Act.

SIGNED this 14th day of September, 2020.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE