UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| V. | § § | CAUSE NO. 6:20-CR-097-ADA |
| CECILY ANN AGUILAR | § § | |

## NOTICE OF ATTORNEY APPEARANCE

TO THE HONORABLE JUDGE OF SAID COURT:

    NOW COMES, Horatio R. Aldredge, Assistant Federal Public Defender and enters appearance as counsel for the defendant in the above-styled and numbered cause.

    Respectfully submitted.

MAUREEN SCOTT FRANCO
Federal Public Defender

/s/ HORATIO R. ALDREDGE
Supervisory Assistant Federal Public Defender
Western District of Texas
Lavaca Plaza
504 Lavaca St., Ste. 960
Austin, Texas 78701
(512) 916-5025 / (512) 916-5035 (FAX)
Bar Number: Texas 00795216

## CERTIFICATE OF SERVICE

    I hereby certify that on the 6th day of January, 2021, I filed the foregoing Notice of Attorney Appearance using the CM/ECF system which will give electronic notification to the following:

**Mark Frazier**
U.S. Attorney's Office
800 Franklin
Suite 280
Waco, TX 76701

    /s/ HORATIO R. ALDREDGE