IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| V. | * | CRIMINAL NO. W-20-CR-097 |
| | * | |
| CECILY ANN AGUILAR | * | |

## ORDER

Came on this date to be considered the Agreed Motion For Designation As Complex Case and Tolling Of Speedy Trial Provisions in the above entitled and numbered cause, and after considering the same, the Court is of the opinion that the Motion should be GRANTED.

THE COURT HEREBY FINDS that the ends of justice will be served by granting the continuance and such ends of justice outweigh the best interests of the public and the defendant in a speedy trial, based on the following factors:

> The issues and facts in this case are unusual and complex, due to the nature of the prosecution and the existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings and the trial itself within the time limits established by the Speedy Trial Act; and

> In the alternative, the volume of discovery in this case, including but not limited to written documents, records, reports, photographs, social media and other electronic data, recorded interviews, telephone location and tracking information and other physical evidence, adherence to the time limits prescribed in the Speedy Trial Act would deny counsel for the Defendant and the attorney for the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence by all parties.

IT IS HEREBY ORDERED that the time period between the filing of the instant motion and the date this matter is set for trial is excludable and is excluded in computing the time within

which the trial of any such offenses must commence under the provisions of Title 18, United States Code, section 3161(h)(7)(A).

    SIGNED this the __8th__ day of __February__, 2021.

                                          ALAN D ALBRIGHT
                                        United States District Judge