UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | CRIMINAL NO: |
| vs. § | WA:20-CR-00097(1)-ADA |
| § | |
| (1) CECILY ANN AGUILAR § | |

## ORDER CANCELLING JURY SELECTION AND TRIAL

IT IS HEREBY ORDERED that the above entitled and numbered case having been set for JURY SELECTION AND TRIAL on Monday, March 08, 2021 at 09:00 AM is hereby CANCELLED until further order of the court. This case has been designated as a complex case. A Status Conference will be set in the near future.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. If the defendant is on bond, counsel for the defendant shall notify the defendant that this matter is cancelled.

IT IS SO ORDERED this 1st day of March, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE