# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | Criminal No.: WA:20-CR-00097(1)-ADA |
| | § | |
| (1) CECILY ANN AGUILAR | § | |
| *Defendant* | | |

## ORDER RESETTING MOTIONS HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for MOTIONS HEARING, in U.S. Magistrate Court, Courtroom No. 3, Second Floor, 800 Franklin Avenue, Waco, Texas, on 05/25/2021 at 1:30 p.m.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services, United States Marshal's Service and United States Probation Office **WHO ARE ALL REQUIRED TO BE PRESENT IN THE COURTROOM AT LEAST 15 MINUTES PRIOR TO THE COMMENCEMENT OF THE COURT PROCEEDING SO THAT THE PROCEEDING MAY BEGIN PROMPTLY AT THE TIME SET.** Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

IT IS FINALLY ORDERED that in the event the services of a court interpreter are required, counsel for the defendant shall notify the U.S. District Clerk's Office within five (5) days of the date of the hearing.

IT IS SO ORDERED this 9th day of April, 2021.

_____
JEFFREY C. MANSKE
UNITED STATES MAGISTRATE JUDGE