UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO:  WA:20-CR-00097(1)-ADA |
| | § | |
| (1) CECILY ANN AGUILAR | § | |

## AMENDED ORDER GRANTING MOTION FOR ENLARGEMENT OF TIME

    IT IS HEREBY ORDERED that the Motion to Continue (Court Doc. #60) filed in the above entitled and numbered case is **GRANTED** and the above entitled and numbered case is reset for [**Motion Hearing** on **June 16, 2021 at 1:30 p.m.**  This hearing will be regarding both the Motion to Suppress and the Motion to Dismiss.

    IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

    IT IS SO ORDERED this 14th day of May, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE