| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | CRIMINAL NO. W-20-CR-097 |
| | § | |
| CECILY ANN AGUILAR | § | |

GOVERNMENT'S MOTION FOR ENLARGEMENT OF TIME

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES the United States of America, by and through the United States Attorney for the Western District of Texas, and requests an enlargement of time, pursuant to Rule 45, Fed.R.Crim.P., in order to respond to the Defendant's Motion to Dismiss Indictment and would show the Court as follows:

The Government's response to the Defendant's Motion to Dismiss Indictment is due June 7, 2021. It is anticipated that the parties will be filing an agreed motion to continue the hearing on the Motion to Dismiss Indictment **only**, which is currently set for June 16, 2021. Both parties believe that additional briefing on the issues raised in the Motion will be submitted to the Court at a future date. The United States requests an extension until July 20, 2021 to respond.

It is anticipated that the parties will be prepared to proceed on the Motion to Suppress hearing which is set on June 16, 2021.

WHEREFORE, PREMISES CONSIDERED, the United States prays that the Court grant this motion.

Respectfully submitted,

ASHLEY C. HOFF
United States Attorney


/s/ *Mark L. Frazier*


By:   MARK L. FRAZIER
Assistant United States Attorney
800 Franklin, Suite 280
Waco, TX 76701
(254) 750-1580


CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of June, 2021, a true and correct copy of the foregoing

instrument was electronically filed with the Clerk of the Court using the CM/EF System and a

copy mailed via United States mail to the following:

Lewis Gainor
Attorney at Law


/s/ *Mark L. Frazier*

By:   MARK L. FRAZIER
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

UNITED STATES OF AMERICA          §
                                  §
v.                                §          CRIMINAL NO. W-20-CR-097
                                  §
CECILY ANN AGUILAR                §

<u>ORDER</u>

This matter having come before the Court on Government's Motion for Enlargement of Time, and the Court being otherwise fully advised on the premises,

IT IS HEREBY ORDERED that the Government's Motion is GRANTED, and a response to the Defendant's motion is due by July 20, 2021.

SIGNED AND ENTERED this _____ day of June, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE