UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| V. | § § | CAUSE NO. W-20-CR-097(1)-ADA |
| CECILY ANN AGUILAR | § § § | |

## MOTION TO WITHDRAW AS COUNSEL
## AND FOR SUBSTITUTION OF NEW COUNSEL

TO THE HONORABLE ALAN D. ALBRIGHT, UNITED STATES DISTRICT JUDGE, FOR THE WESTERN DISTRICT OF TEXAS, WACO DIVISION:

NOW COMES Horatio Aldredge, co-counsel for defendant Cecily Ann Aguilar and on behalf of defendant files this Motion to Withdraw as Counsel and for Substitution of New Counsel, and would show this Honorable Court as follows:

1. Counsel filed his notice of attorney appearance as co-counsel on January 6, 2021, to represent defendant.

2. Ms. Ashley Askari an assistant within the Office of the Federal Public Defender has agreed to accept responsibility for defendant's representation and joins in this motion to be substituted as attorney of record.

3. It is not for the purpose of delay or lack of responsibility that this motion is filed.

WHEREFORE, premises considered, Defendant prays that this Court enter an order permitting counsel to withdraw and for substitution of Ashley Askari as counsel of record in the above styled and numbered cause.

Respectfully submitted.

MAUREEN SCOTT FRANCO
Federal Public Defender


/s/ HORATIO R. ALDREDGE
Supervisory Assistant Federal Public Defender
Western District of Texas
Lavaca Plaza
504 Lavaca St., Ste. 960
Austin, Texas 78701
(512) 916-5025
(512) 916-5035 (FAX)
Bar Number: Texas 00795216

*Attorney for Defendant*


CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of June, 2021, I electronically filed the foregoing Motion to Withdraw as Counsel and for Substitution of New Counsel with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Mark Frazier
Gregory S. Gloff
Assistant U.S. Attorney
800 Franklin, Suite 280
Waco, TX 76701

/s/ HORATIO R. ALDREDGE
*Attorney for Defendant*

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| V. | § § | CAUSE NO. W-20-CR-097(1)-ADA |
| CECILY ANN AGUILAR | § § | |

**O R D E R**

On this date came on to be considered Counsel's Motion to Withdraw and for Substitution of New Counsel and the Court is of the opinion that the motion should be GRANTED. Accordingly, it is

ORDERED that Horatio R. Aldredge of the Federal Public Defender's office is permitted to withdraw and that Ashley Askari be substituted as co-counsel of record in the above-captioned cause.

SIGNED this _____ day of June, 2021.

_____
ALAN D. ALBRIGHT
United States District Judge