IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| V. | * | CRIMINAL NO.  W-20-CR-097 |
| | * | |
| CECILY ANN AGUILAR | * | |

### GOVERNMENT=S AGREED MOTION TO CONTINUE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the United States of America, by and through the United States Attorney for the Western District of Texas, and files this Agreed Motion to Continue and, in support of its motion, would show the Court as follows:

I.

A hearing on Defendant's Motion to Dismiss Indictment filed in this matter is scheduled for June 16, 2021.

II.

Both parties believe that additional briefing of the issues raised in Defendant's Motion will be submitted to the Court at a future date.  Based on this, the Government and Defense are in agreement that a continuance of the current hearing date would be appropriate and in the best interest of all parties.   This continuance request is in regard to the Defendant's Motion to Dismiss Indictment **only**.

The parties are prepared to proceed to hearing on the Defendant's Motion to Suppress set for June 16, 2021.

III.

Lewis Gainor, Counsel for the Defendant, is in agreement with the filing of this motion.

IV.

This motion for continuance is not brought for purposes of delay, but in the interest of justice.

WHEREFORE, the Government requests the Court to continue the hearing date.

    Respectfully submitted,

    ASHLEY C. HOFF
    UNITED STATES ATTORNEY

    /s/ Mark L. Frazier

By:    MARK L. FRAZIER
    Assistant United States Attorney
    800 Franklin, Suite 280
    Waco, TX   76701
    (254) 750-1580

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of June, 2021, a true and correct copy of the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF System which will transmit notification of such filing to the following CM/ECF participant:

Lewis Gainor
Attorney at Law

    s/ Mark L. Frazier

By:    MARK L. FRAZIER
    Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| V. | * | CRIMINAL NO. W-20-CR-097 |
| | * | |
| CECILY ANN AGUILAR | * | |

## ORDER

On this day came on to be considered the Government=s Agreed Motion to Continue, and the Court being fully advised of the premises, finds said Motion meritorious.

IT IS HEREBY ORDERED that the Government=s Motion be GRANTED, and this matter is set on the Court's docket for _____ A/P.M. on the _____ day of _____, 2021.

SIGNED this the _____ day of June, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE