# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

UNITED STATES OF AMERICA          §
                                  §    CRIMINAL NO:
vs.                               §    WA:20-CR-00097(1)-ADA
                                  §
(1) CECILY ANN AGUILAR            §

## LIST OF WITNESSES

| FOR GOVERNMENT | FOR DEFENDANT |
|---|---|
| 1. Officer John Ray | 1. Amanda Kelly |
| 2. Samuel "Travis" Dendy | 2. |
| 3. | 3. |
| 4. | 4. |
| 5. | 5. |
| 6. | 6. |
| 7. | 7. |
| 8. | 8. |
| 9. | 9. |
| 10. | 10. |
| 11. | 11. |
| 12. | 12. |
| 13. | 13. |
| 14. | 14. |
| 15. | 15. |