IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| V. | § § § | CAUSE NO. W-20-CR-097-ADA |
| CECILY AGUILAR | | |

**WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT AND ENTRY OF PLEA OF NOT GUILTY**

NOW COMES Defendant in the above-referenced case who, along with his/her undersigned attorney, hereby acknowledges the following:

1. Defendant has received a copy of the Indictment or Information in this case. Defendant understands the nature and substance of the charges contained therein, the maximum penalties applicable thereto and his/her Constitutional rights, after being advised of all the above by his/her attorney.

2. Defendant understands he/she has the right to appear personally, with his/her attorney, before a judge for arraignment, in open court, on this accusation. Defendant further understands that, absent the present waiver, he/she will be so arraigned in open court.

Defendant, having conferred with his/her attorney in this regard, hereby waives personal appearance with his/her attorney at the arraignment of this case and the reading of the Indictment or Information, and by this instrument, tenders his/her plea of "not guilty".  The Defendant understands that entry by the Court of said plea for Defendant will conclude the arraignment in this case for all purposes.

Date: _____      _____
                                    Defendant

                                    _____
                                    Attorney for Defendant

## WAIVER OF MINIMUM PERIOD OF TIME PRIOR TO TRIAL

Defendant understands that he/she has a right to a minimum period of time prior to trial so that trial shall not commence not less than thirty (30) days from the date on which the defendant first appears through counsel or expressly waives counsel and elects to proceed pro se. Defendant further understands that, absent the present waiver, he/she will not be brought to trial during this thirty (30) day period.

Defendant, having conferred with his/her attorney in this regard, hereby WAIVES the requirement that trial shall not commence less than thirty (30) days from the date on which the defendant first appears through counsel or expressly waives counsel and elects to proceed pro se.

Date: 8.11.2021

_____
Defendant

_____
Ashley Askari
Attorney for Defendant

## ORDER

APPROVED by this Court. A plea of "Not Guilty" is entered for Defendant effective <u>this date</u>.

Date: _____

_____
United States Magistrate Judge