UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| vs. | § | NO:  WA:20-CR-00097(1)-ADA |
| (1) CECILY ANN AGUILAR | § § | |

## ORDER SETTING SCHEDULE

The Court enters the following schedule upon Defendant's plea of "Not Guilty" at Arraignment.

## MOTIONS HEARING

Hearing on all pending motions in this case is set for **9:00 A.M.** on **October 5, 2021, at WACO, TEXAS.**

## PLEA AGREEMENT DEADLINE

Pursuant to Federal Rules of Criminal Procedure 11(e)(5) and the holding of the Fifth Circuit Court of Appeals in U.S.A. v. Ellis, 547 F.2d 863 (5th Cir. 1977), any plea bargain or plea agreement entered into by the parties in this cause shall be made known in writing to this Court on or before **October 11, 2021**.  No plea bargain or plea agreement entered into after this date shall be honored by this Court without good cause shown for delay.  SHOULD A PLEA AGREEMENT BE REACHED, **REARRAIGNMENT** WILL BE HELD AT **9:00 A.M. before Judge Jeffrey C. Manske on October 19, 2021,** in Courtroom #3, 2nd Floor at Waco, Texas UNLESS AN EARLIER DATE IS SCHEDULED WITH THE COURTROOM DEPUTY CLERK.

## TRIAL SETTING

Subject only to Orders of this Court, this case is set for **JURY SELECTION AND TRIAL** on **November 8, 2021** at **9:00 A.M. AT U.S. COURTHOUSE, COURTROOM NO. 1, 3rd FLOOR, 800 FRANKLIN AVENUE, WACO, TEXAS.** Counsel should be prepared for commencement of trial immediately after jury selection or on date set out above.  Requested voir dire questions must be submitted to the Court at least five (5) days before jury selection.

Upon commencement of trial on the merits, counsel for the United States of America must file a request for instructions (F.R.Cr.P. 30) covering the essential elements of each offense for which the Defendant is actually put to trial.  Defendant's requests also are to be submitted at the commencement of the trial.

(Note: The Court prefers that the request for instructions be filed at least five (5) days before the jury trial begins by both parties.)

Requests are to be supported by authority and are to be submitted in duplicate; each request is to be headed with the number and style of the case and identified as to party. For example:

Government's Request No. 1, 2, etc., or
Defendant's Request No. A, B, etc.

A space should be provided at the end of each request to reflect the Court's action thereon. For example:

Given ( )   Given as Modified ( )   Refused ( )

_____          _____
   (Date)                      JEFFREY C. MANSKE
                               U.S. MAGISTRATE JUDGE

SIGNED this 31st day of August, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE