# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| vs. | § § | NO: WA:20-CR-00097(1)-ADA |
| (1) CECILY ANN AGUILAR | § | |

### ORDER SETTING MOTION HEARING ON MOTION TO DISMISS

**IT IS HEREBY ORDERED** that the above entitled and numbered case is set for MOTION HEARING ON MOTION TO DISMISS by Zoom on November 16, 2021 at 03:30 PM.

IT IS SO ORDERED this 27th day of October, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE