IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>CECILY ANN AGUILAR,<br>Defendant. | 6:20-CR-00097-ADA |

### ORDER ADMITTING EVIDENCE

Came now for consideration is the videotape labeled "Court's Sealed Exhibit No. 1" during the Motion to Suppress hearing on June 16, 2021. *See* Hearing Tr. 24:8–25, ECF No. 78. It is hereby ORDERED that this videotape, on file in the District Clerk's office, is ADMITTED into evidence as "Court's Sealed Exhibit No. 1."

SIGNED this 26th day of April, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE