UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | 6:20-CR-0097-ADA |
| | § § | |
| CECILY ANN AGUILAR | § | |

## NOTICE OF INTENT TO FILE A REPLY

TO THE HONORABLE ALAN ALBRIGHT, UNITED STATES DISTRICT JUDGE:

NOW COMES the Defendant, CECILY ANN AGUILAR ("Ms. Aguilar"), by and through her undersigned attorney, Lewis B. Gainor, Supervisory Assistant Federal Public Defender, and files this Notice of Defendant's Intent to File a Reply to the Government's Sealed Response to Defendant's Second Motion to Suppress.

WHEREFORE, premises considered, the Defendant prays that this Court permit Ms. Aguilar to file a Reply.

Respectfully Submitted,

Maureen Scott Franco
Federal Public Defender

/S/
LEWIS B. GAINOR
Supervisory Assistant Federal Public Defender
Western District of Texas
Federal Courthouse
800 Franklin Ave.
Suite 280
Waco, Texas 76701
(915) 352-2940
*Attorney for Defendant*

1

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 9th day of May, 2022, I electronically filed the foregoing with the Clerk of Courts using the CM/ECF system which will send notification of such filing to the following:

AUSAs Gregory S. Gloff and Mark Frazier
U.S. Attorney's Office
800 Franklin Ave., Suite 280
Waco, Texas 76701.

                                          /S/
                                    LEWIS B. GAINOR
                                    *Attorney for Defendant*