IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. W-20-CR-097 |
| | * | |
| CECILY ANN AGUILAR | * | |

GOVERNMENT'S MOTION FOR ENLARGEMENT OF TIME

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES the United States of America, by and through the United States Attorney for the Western District of Texas, and requests an enlargement of time, pursuant to Rule 45, Fed.R.Crim.P., in order to comply with the Court's Order to file a response to Defendant's motion.

I.

The Government's response to Defendant's Motion [ECF 132] is due on October 11, 2022. The United States Attorney respectfully requests that the date for its response be extended thirty days, until November 11, 2022, so that the Government can complete research and finalize its response.

II.

Lewis Gainor, counsel for the Defendant, has no objection to this request.

WHEREFORE, PREMISES CONSIDERED, the United States prays that the Court grant this motion.

Respectfully submitted,

ASHLEY C. HOFF
United States Attorney

/s/ Mark L. Frazier

By:   MARK L. FRAZIER
Assistant United States Attorney
800 Franklin, Suite 280
Waco, TX 76701
(254) 750-1580

CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of October, 2022, a true and correct copy of the foregoing instrument was electronically filed with the Clerk of the Court using the CM/EF System which will transmit notification of such filing to the following CM/ECF participant:

Lewis Gainor
Attorney at Law

/s/ Mark L. Frazier

By:   MARK L. FRAZIER
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. W-20-CR-097 |
| | * | |
| CECILY ANN AGUILAR | * | |

ORDER

This matter having come before the Court on Government's Motion for Enlargement of Time, and the Court being otherwise fully advised on the premises,

IT IS HEREBY ORDERED that the Government's Motion is DENIED / GRANTED, and a response to the Defendant's motion is due by November 11, 2022.

SIGNED AND ENTERED this _____ day of October, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE