UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| V. | § § | NO. W-20-CR-097-ADA |
| CECILY AGUILAR | § § § | |

## DEFENDANT'S WITNESS LIST

TO THE HONORABLE ALAN D. ALBRIGHT, UNITED STATES DISTRICT JUDGE:

NOW COMES the Defendant, CECILY AGUILAR, by and through the undersigned attorney, Lewis Gainor, Supervisory Assistant Federal Public Defender, and hereby provides notice of the witnesses the defense may or may not choose to call at sentencing:

1. John Matthew Fabian, PsyD, JD, ABPP, Board Certified Forensic & Clinical Psychologist, Forensic & Clinical Neuropsychologist

        Maureen Scott Franco
        Federal Public Defender

           /S/
        LEWIS B. GAINOR
        Supervisory Assistant Federal Public Defender
        Western District of Texas
        510 Austin Ave, Suite 1200
        Waco, Texas 76701
        (254) 730-6300
        Ill. Bar No. 6281785
        *Attorney for Defendant*

## CERTIFICATE OF SERVICE

      I hereby certify that on the 10th day of August, 2023, I electronically filed the foregoing with the Clerk of Courts using the CM/ECF system which will send notification of such filing to the following:

Mark Frazier, Assistant United States Attorney
Greg Gloff, Assistant United States Attorney

                                /S/
                              LEWIS B. GAINOR
                              *Attorney for Defendant*